James C. Anderson
Wyoming State Bar No. 5-1789
Assistant United States Attorney
District of Wyoming
P.O. Box 668
Cheyenne, WY 82001
(307) 772-2124
james.anderson@usdoj.gov

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2016 MAY 18  PM 5: 51

STEPHAN HARRIS, CLERK
CHEYENNE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA,

Plaintiff,

v.

Case No. 16-cr-104S

KYLE STEVEN HEBERT,

Defendant.

## PRAECIPE

Will the Clerk please issue a Warrant in the above-entitled matter for the following

individual: **KYLE STEVEN HEBERT**

DATED this 18 day of May, 2016.

CHRISTOPHER A. CROFTS
United States Attorney

By: _____
JAMES C. ANDERSON
Assistant United States Attorney

BOND SET AT: Detain

_____
NANCY D. FREUDENTHAL
Chief Judge, United States District Court