COPY

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2016 MAY 19 PM 2:51

STEPHAN HARRIS, CLERK
CHEYENNE

# United States District Court
## For The District of Wyoming

UNITED STATES OF AMERICA,

vs.

Kyle Steven Hebert.

**WARRANT FOR ARREST**

CASE NUMBER: 16-CR-104-01S

**To:**
The United States Marshal and any
Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  Kyle Steven Hebert

and bring him or her forthwith to the nearest magistrate to answer an **Indictment** charging him or her with **Possession of Child Pornography** in violation of **18 USC §§2252A(a)(5)(B) and (b)(2).**

STEPHAN HARRIS
Name of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

Signature of Issuing Officer

May 19, 2016, Cheyenne
Date and Location

S. Williamson
By Deputy Clerk

Bail fixed at $ DETAIN

By: _____ Alan B. Johnson

United States District Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |