# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No. 16cr104-SWS   Date 6/1/2016 |
| | Time 3:02-3:09 |
| VS | ☑ Indictment   ☐ Information |
| | ☐ Complaint   ☐ Other |
| Kyle Steven Hebert | ☑ IA   ☐ ARR   ☐ Det |
| **DEFENDANT** | ☐ Prelim   ☐ Rule 5 |
| | Offense: 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2) - Possession of Child Pornography |
| **Before the Honorable,** Scott W. Skavdahl | |

| Darci Smith | Anne Bowline | Kate Williamson | Todd Shugart | Berg/Hoose |
|---|---|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Probation Officer** | **Asst. U.S. Attorney** | **Marshal** |

**INTERPRETER** _____

**Appeared:**   ☐ Voluntarily   ☑ In-Custody

☑ Defendant filed financial affidavit and is informed of consequences if any false information is given
☐ Attorney appearing _____
   ☐ FPD   ☐ PANEL-CJA   ☐ RETAINED   ☐ WAIVED

**Initial Appearance:**   Date 6/1/2016   (Comments) defendant advised of charges rights and possible penalties.

**Arraignment:**   Held _____   Set For _____   Waived _____
☐ Defendant waives reading of indictment
☐ Defendant waives indictment
☐ Information filed by Government
☐ Superseding indictment/information filed by Government

**Defendant Enters a Plea of:**
☐ Not guilty to count(s) _____ of an _____
☐ Guilty to count(s) _____ of an _____

| **Not Guilty Plea** | **Guilty Plea** |
|---|---|
| ☐ Court orders discovery per rule 16 FRCrP | ☐ Court is satisfied there is factual basis for a plea of guilty |
| ☐ Court orders access to Grand Jury Transcripts | ☐ Defendant referred to probation for presentence investigation |
| ☐ Motions to be filed in ___ days or On / Before ___ | ☐ Defendant advised on consequence of a plea of guilty |
| | ☐ Plea agreement filed |
| ☐ Trial date set for ___ at ___ In ___ | ☐ Sentencing set for ___ at ___ In ___ |
| ☐ Speedy trial expires on ___ | ☐ Plea conditionally accepted |

**Other:**
Detention and arraignment are set for 6/6/16 at 11:00 am before Magistrate Judge Rankin

---

MAGISTRATE CRIMINAL PROCEEDING SHEET
Disposition by District Court

Bail Review / Detention Hearing:   **Held**_____   **Set For**_____   **Waived**_____

Bond Is:  ☑ Defendant is detained and committed to the custody of the U. S. Marshal
  See Order _____
  ☐ Set at $_____   ☐ Cash   ☐ Surety   ☐ Unsecured
  ☐ Continued on the same terms and conditions

**Terms and Conditions:**

- ☐ Obey all laws, Federal, State and Local
- ☐ Seek/Maintain employment
- ☐ 3rd party custody of _____
- ☐ Not use or possess firearms/ammunition/explosives
- ☐ Not use or possess alcohol
- ☐ Not use alcohol to excess
- ☐ Submit to drug/alcohol testing
- ☐ Do not obtain passport
- ☐ Surrender passport to _____
- ☐ Maintain current residence
- ☐ Report to Pretrial Services as directed
- ☐ Travel restricted to _____
- ☐ Abide by the following curfew
- ☐ Not use or possess controlled substances/drugs
- ☐ Avoid all contact with _____
- ☐ Post property or sum of money
- ☐ Undergo medical/psychiatric treatment/exam

**Other:**
_____
_____
_____
_____
_____
_____
_____
_____

**Preliminary Hearing:**   **Held**_____   **Set For**_____   **Waived**_____

Witnesses _____
_____

Outcome:   ☐ Bound over to District Court   ☐ Dismissed

**Removal Hearing:**   **Held**_____   **Set For**_____   **Waived**_____

**Identity Hearing:**   **Held**_____   **Set For**_____   **Waived**_____

Court orders defendant held to answer to U.S. District Court, District of _____
☐ Bond to transfer       Defendant to report on or before _____
☐ Warrant of removal and final commitment to issue

**Other:**
_____
_____

MAGISTRATE CRIMINAL PROCEEDING SHEET
Disposition by District Court