Keith R. Nachbar
Bar No. 6-2808
Keith R. Nachbar, P.C.
123 West First Street, Suite 205
Casper, Wyoming 82601
Telephone: (307) 473-8977
Fax: (307) 473-8989

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 16-CR-104-SWS |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| KYLE STEVEN HEBERT, ) | |
| ) | |
| Defendant. ) | |

### *MOTION TO SUPPRESS*

**COMES NOW** Defendant, Kyle Steven Hebert, by and through his attorney, Keith R. Nachbar of Keith R. Nachbar, P.C., and hereby files this Motion to Suppress the evidence seized during or subsequently discovered as a result of the search of his home on February 29, 2016, on the grounds and for the reasons as follows and more fully set out in Defendant's Memorandum of Law in Support of Motion to Suppress:

1.   A search warrant is only valid if based on probable cause supported by the information available to the issuing magistrate in the four corners of a sworn affidavit.

2.   The affidavit prepared and sworn by Special Agent Bruce Dexter fails to establish adequate probable cause that Defendant had committed a crime.

3.   The affidavit prepared and sworn by Special Agent Bruce Dexter fails to establish adequate probable cause that contraband would be found at the address the warrant authorized agents to search.

4.   The law enforcement officers who executed the search warrant cannot be said to have operated in good faith reliance on the warrant because Special Agent Dexter should have been aware of the deficiencies in the affidavit he provided to the issuing magistrate and Special Agent Dexter also oversaw the execution of the search warrant.

**WHEREFORE** Defendant, Kyle Steven Hebert, respectfully requests that the Court suppress all the evidence seized during or subsequently discovered as a result of the search of his home on February 29, 2016, and for such other relief as the court deems just and proper in the premises.

**RESPECTFULLY SUBMITTED** this 26th day of September, 2016.

                                      /s/
                              Keith R. Nachbar
                              Bar No. 6-2808
                              Keith R. Nachbar, P.C.
                              123 W. 1st Street, Suite 205
                              Casper, WY 82601
                              (307) 473-8977

                              **ATTORNEY FOR DEFENDANT**