Keith R. Nachbar
Bar No. 6-2808
Keith R. Nachbar, P.C.
123 West First Street, Suite 205
Casper, Wyoming 82601
Telephone: (307) 473-8977
Fax: (307) 473-8989

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 16-CR-104-SWS |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| KYLE STEVEN HEBERT, ) | |
| ) | |
| Defendant. ) | |

### *NOTICE OF APPEAL*

Notice is hereby given that Defendant, Kyle Steven Hebert, by and through his appointed counsel, Keith R. Nachbar, appeals to the United States Court of Appeals for the Tenth Circuit from that certain *Judgment in a Criminal Case* entered herein on March 27, 2017 (Document 114).

1

**DATED** this 4th day of April, 2017.

         Kyle S. Hebert, Defendant

         By: s/Keith R. Nachbar
         Keith R. Nachbar
         Keith R. Nachbar, P.C.
         123 W. 1st St., Ste. 205
         Casper, WY 82601
         (307) 473-8977

         ATTORNEY FOR DEFENDANT