# Anne Bowline, RMR, CRR

United States Court Reporter
United States District Court
District of Wyoming
111 South Wolcott Street, Room 217
Casper, WY 82601
(307) 235-3376
anne@professionalreporting.com

May 15, 2017

Ms. Elisabeth A. Shumaker
Clerk of Court
U.S. Tenth Circuit Court of Appeals
1832 Stout Street
Denver, CO 80257

Re: USDC No. 16-CR-104-SWS, USCA No. 17-8028, United States v. Hebert

Dear Ms. Shumaker:

The following transcripts have been filed with the Clerk of Court in the District of Wyoming:

10/7/2016 – status conference
10/21/2016 – motion to suppress
10/24/2016 through 10/27/2016 – complete trial proceedings
3/23/2017 – sentencing

Filed on May 15, 2017.

Sincerely,

*/s/ Anne Bowline*

Anne Bowline