OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
For The District of Wyoming



Stephan Harris
Clerk of Court

Maggie Botkins
Chief Deputy Clerk

May 24, 2017

Elisabeth A. Shumaker, Clerk of Court
United States Court of Appeals for the 10th Circuit
Byron R. White Courthouse
1823 Stout Street
Denver, Colorado 80257

    Re:    USDC No.   16-CR-104-S
            USCA No.   17-8028
                   *USA vs Hebert*

Dear Ms. Shumaker:

Attached is the record on appeal consisting of 4 volume(s) in the above referenced matter.

The total record is enclosed herewith.

                                Sincerely,

                                STEPHAN HARRIS
                                Clerk of Court

                By:    /s/ Darci Smith
                                Deputy Clerk

2120 Capitol Avenue, Room 2131 ◆ Cheyenne, WY 82001    111 South Wolcott, Suite 121 ◆ Casper, WY 82601
(307) 433-2120 ◆ Fax: (307) 433-2152    (307) 232-2620 ◆ Fax: (307) 237-0014

*www.wyd.uscourts.gov*

# RECORD ON APPEAL
## UNITED STATES COURT OF APPEALS
## TENTH CIRCUIT
## USDC #  16-CR-104-S
## USCA # 17-8028

USA,

                Plaintiff,

   vs.

Kyle Hebert,

                Defendant.

**VOLUME ONE: PLEADINGS**

Pleading No: 1, 8,43, 44, 46, 47, 48, 53, 56, 58, ,59, 61, 63, 64, 65, 66, 69, 70, 73, 74, 77, 78, 79, 85, 88, 114, 115

*************************************************************************

**VOLUME TWO:   SEALED/NON-PUBLIC DOCUMENT**

pursuant to the Judicial Conference Policy on Privacy and Public Access

Pleading No: 12, 25, 27, 32, 33, 35,38, 42, 50, 52, 54, 86, 87, 94, 95, 98, 100, 101, 102, 103, 104, 107, 110

*************************************************************************

**VOLUME THREE:  PUBLIC TRANSCRIPTS**

Document number and Description
127 - Hearing on Motion to Suppress
126 - Hearing on Status Conference
129  -Volume 1b - Jury Trial Day 1
130  -Volume II Jury Trial Day 2
131 - Volume III Jury Trial day 3
132 - Volume IV Jury Trial day 4
133 - Sentencing
*************************************************************************

**VOLUME FOUR:  NON-PUBLIC TRANSCRIPTS**

pursuant to the Judicial Conference Policy on Privacy and Public Access

Document number and Description
128 - Volume IA - Jury Trial Day 1 (Voir Dire)
*************************************************************************
Record on appeal transmitted to United States Court of Appeals, 10th Circuit, on May 23, 2017.

STEPHAN HARRIS
Clerk of Court


By:      /s/ Darci Smith
Deputy Clerk