FILED
United States Court of Appeals
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

April 24, 2018

Elisabeth A. Shumaker
Clerk of Court

---

UNITED STATES OF AMERICA,

   Plaintiff - Appellee,

v.

KYLE STEVEN HEBERT,

   Defendant - Appellant.

No. 17-8028
(D.C. No. 2:16-CR-00104-SWS-1)
(D. Wyo.)

---

**JUDGMENT**

---

Before **MATHESON**, **KELLY**, and **BACHARACH**, Circuit Judges.

---

This case originated in the District of Wyoming and was argued by counsel.

The judgment of that court is affirmed.

If defendant, Kyle Steven Hebert, was released pending appeal, the court orders that, within 30 days of this court's mandate being filed in District Court, the defendant shall surrender to the United States Marshal for the District of Wyoming. The District Court may, however, in its discretion, permit the defendant to surrender directly to a designated Bureau of Prisons institution for service of sentence.

                          Entered for the Court

                          *Elisabeth A. Shumaker*

                          ELISABETH A. SHUMAKER, Clerk